Shawn R. Obi (SBN: 288088)
sobi@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Stacie C. Knight (*pro hac vice forthcoming*)
sknight@winston.com
**WINSTON & STRAWN LLP**
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

Attorneys for Defendants
WELLS FARGO & COMPANY and
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KURT L. HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 21-cv-08296-HSG<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS FOR MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' COMBINED MOTION TO DISMISS** |

After reviewing the papers submitted, considering arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

Defendants' Administrative Motion to Exceed Page Limits for Memorandum of Law in Support of Defendants' Combined Motion to Dismiss is DENIED.

**IT IS SO ORDERED.**

Dated: 1/10/2022

DENIED
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge