Kurt L. Hudson
441 E. 87th Place
Chicago, Illinois 60619
Telephone: (312) 391-3339
kh@khudsonlaw.com

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| Kurt L. Hudson, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 4:21-cv-08296-HSG |
| Plaintiffs, | ) ) ) | ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO APPEAR BY |
| v. | ) ) | TELEPHONE (as modified) |
| Wells Fargo & Company and Wells Fargo Bank, N.A., | ) ) ) | |
| Defendants. | | |

After reviewing the papers submitted, considering arguments of Pro Se Plaintiff, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

Plaintiffs Motion to appear by telephone on April 28, 2022 is granted. Counsel is directed to use the following dial-in information to access the call:
Dial-In: 888-808-6929/Passcode: 6064255.
For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length.
IT IS SO ORDERED.

Dated: 4/21/2022

*Haywood S. Gilliam*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge