UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT L. HUDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-08296-HSG<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Re: Dkt. No. 51 |

On July 13, 2022, the Court granted Defendants' motion to dismiss Plaintiff Kurt L. Hudson's complaint. Dkt. No. 47. The Court granted Plaintiff leave to file an amended complaint by August 12, 2022. *Id.* Plaintiff has since confirmed that he declines to amend and wishes to seek immediate appeal. *See* Dkt. No 51. The Court therefore **DISMISSES** the case with prejudice. The Clerk is directed to enter judgment in favor of Defendants and to close the case.

**IT IS SO ORDERED.**

Dated: 9/2/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge