UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KURT L. HUDSON,

    Plaintiff,

v.

WELLS FARGO & COMPANY, et al.,

    Defendants.

Case No. 21-cv-08296-HSG

**JUDGMENT**

    Judgment is hereby entered consistent with the Court's Order Dismissing Action With Prejudice,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 2nd day of September, 2022.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.